UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

PETERCAM S.A./N.V.,

               Plaintiff,

     - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

              Defendants.

————————————————————————x

**08 CV 2056**

No. 08 Civ. _____

**DISCLOSURE STATEMENT
PURSUANT TO
FED. R. CIV. P. 7.1(a)**



Pursuant to Federal Rule of Civil Procedure 7.1 [formally Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Petercam S.A./N.V., a private non-governmental party, certifies

that there is no such corporation which is publicly traded and owns more than 10% of its stock and

it has no parent corporation.

Dated: New York, New York
       February 29, 2008

By:

LABATON SUCHAROW LLP

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  212-907-0700
Facsimile:  212-818-0477