UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH) (HBP)

This Document Relates to:

| 07 Civ. 5742  | 07 Civ. 10995 | 08 Civ. 0418 |
| 07 Civ. 11305 | 07 Civ. 11483 | 08 Civ. 2056 |
| 07 Civ. 11484 | 08 Civ. 2057  | 08 Civ. 2058 |
| 08 Civ. 2166  | 08 Civ. 2214  | 09 Civ. 2568 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09

## [PROPOSED] ORDER GRANTING ANTHONY J. HARWOOD'S NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of the Notice of Motion for Leave to Withdraw as Counsel, it is hereby Ordered and Decreed that Anthony J. Harwood is removed as counsel of record for the plaintiffs in the cases listed above.

IT IS SO ORDERED.

DATED: 4/14/09

U.S. DISTRICT JUDGE